IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HDDA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO: 1:23-cv-01883-SCJ |
| | ) | |
| DEEPAK PATEL, PUSHPABEN PATEL, JORDAN HAAS, JUNE HAAS, KUNAL MODY, CRYSTAL PATEL, RAMESH MODY, SMITA MODY, | ) ) ) ) ) ) | |
| Defendants. | / | |

**AMENDED CERTIFICATE OF SERVICE FOR
MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

**AND**

**MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This is to certify that on this date, I electronically filed the foregoing *Motion to Withdraw as Counsel for Defendants and Motion For Extension of Time for Defendants to Respond to Plaintiff's Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties and via e-mail to:

-1-

Frank William DeBorde, Esq.
Lisa McVicker Wolgast, Esq.
Morris Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA 30326-1044
Ph: 404.233.7000
fwd@mmmlaw.com
lwolgast@mmmlaw.com

A copy of the Motion was also served via U.S. First Class Mail and e-mail to:

| | |
|---|---|
| Deepak Patel<br>4503 Wentworth Avenue<br>Sugar Land, TX 77479<br>Email:<br>kishan.patel@blueprinthospitality.com | Pushpaben Patel<br>4503 Wentworth Avenue<br>Sugar Land, TX 77479<br>Email:<br>kishan.patel@blueprinthospitality.com |
| Jordan Haas<br>64888 Middle Creek Cir.<br>Hope, Alaska 99605<br>Email:<br>jordan.haas@blueprinthospitality.com | June Haas<br>64888 Middle Creek Cir.<br>Hope, Alaska 99605<br>Email:<br>jordan.haas@blueprinthospitality.com |
| Kunal Mody<br>1338 West Belmont Avenue, Unit 201<br>Chicago, IL 60657<br>Email:<br>kunal.mody@blueprinthospitality.com | Crystal Patel<br>1338 West Belmont Avenue, Unit 201<br>Chicago, IL 60657<br>Email:<br>kunal.mody@blueprinthospitality.com |
| Ramesh Mody<br>3418 Commonwealth Drive<br>Bryant, AR 72022<br>Email:<br>kunal.mody@blueprinthospitality.com | Smita Mody<br>3418 Commonwealth Drive<br>Bryant, AR 72022<br>Email:<br>kunal.mody@blueprinthospitality.com |

This 29th day of November, 2023

        WEINBERG, WHEELER,
        HUDGINS, GUNN & DIAL, LLC

        */s/ William C. Buhay*
        William C. Buhay
        Georgia Bar No. 093940
        Carter D. Bishop
3344 Peachtree Rd., Suite 2400    Georgia Bar No. 493273
Atlanta, Georgia 30326    wbuhay@wwhgd.com
Ph: 404.876.2700    cbishop@wwhgd.com
Fax: 404.875.9433

        *Attorneys for Defendants*