## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HDDA, LLC,

      Plaintiff,

v.

      Case No.  1:23-CV-1883-SCJ

DEEPAK PATEL,
PUSHPABEN PATEL,
JORDAN HAAS,
JUNE HAAS,
KUNAL MODY,
CRYSTAL PATEL,
RAMESH MODY and
SMITA MODY,

      Defendants.

## JUDGMENT

The Court having GRANTED the Motion for Summary Judgment filed by

Plaintiff HDDA, LLC ("Plaintiff") pursuant to Order entered on April 4, 2024 (Doc.

No. 42), it is

ORDERED AND ADJUDGED that Plaintiff have and recover from

Defendants Deepak Patel, Pushpaben Patel, Jordan Haas, June Haas, Kunal Mody,

Crystal Patel, Ramesh Mody, and Smita Mody, jointly and severally, the amount of

$33,341,974.41, consisting of principal in the amount of $26,394,418.29[1], unpaid

---

[1] Includes principal in the amount of $26,197,933.79, plus deferred interest in the amount of $196,484.50 capitalized on October 1, 2023. *See* Doc. No. 33-20.

interest accruing at the non-default rate (through April 4, 2024) in the amount of $2,313,788.34, unpaid interest accruing at the default rate (through April 4, 2024) in the amount of $1,533,045.37, late fees in the amount of $46,184.48, deferred interest in the amount of $27,625.21, and statutory attorneys' fees pursuant to O.C.G.A. § 13-1-11 in the amount of $3,026,912.72[2]. Interest accrues from April 5, 2024 through the date of entry of this Judgment at the *per diem* rate of $8,064.96[3]. Interest thereafter accrues at the federal post-judgment rate.

IT IS SO ORDERED, this *12th* day of April, 2024.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[2] Equal to 15% of the first $500 of principal and interest owed, and 10% of the remaining principal and interest owed.
[3] Equal to 6% non-default rate, plus 5% default rate.