# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

HDDA, LLC,

  Plaintiff,

v.

DEEPAK PATEL, PUSHPABEN PATEN, JORDAN HAAS, JUNE HAAS, DUNAL MODY, CRYSTAL PATEL, RAMESH MODY, and SMITA MODY,

  Defendants.

CIVIL ACTION FILE

No. 1:23-CV-1883-SCJ

## ORDER

This case comes before the Court on an unopposed Motion to Allow Registration of Judgment in a Foreign Jurisdiction. Doc. No. [46]. For good cause shown, the Motion is **GRANTED IN PART**. Plaintiff may register the April 12, 2024 Judgment in the Northern District of Illinois, Southern District of Texas, Western District of Arkansas, and the District of Alaska. These jurisdictions represent places where one or more of Defendants live or have lived. To the extent Plaintiff seeks to register judgment in "any other foreign judicial district

in which assets of Defendants are or may be found," the Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 18th day of March, 2025.

<u>/s/ Steve C. Jones</u>
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**