AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| HDDA, LLC <br> *Plaintiff* <br> v. <br> Patel, et al. <br> *Defendant* | Civil Action No. 1:23-CV-1883-SCJ |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___04/12/2024___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 04/02/2025

**KEVIN P. WEIMER**
*CLERK OF COURT*

*Traci Clements Campbell*
*Signature of Clerk or Deputy Clerk*